106 F.3d 406
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Forrest F. BELL; Lilia Bell; Nelo Mori; Ellison Ranching
Co.; TM Ranch Co.; Three Creek Ranch Co.; Simplot
Livestock Co.; Petan Co. of Nevada Inc.; M.L. Investment
Co.; Agribeef Co.; Robert F. Thomas Family Trust;
Keystone Ranch, Inc.; David J. Cassinelli; Thomas C.
Cassinelli; Bar X Ranch; Duane Boggio; Plaintiffs-Appellants,
v.
SECRETARY OF the UNITED STATES DEPARTMENT OF AGRICULTURE;
Chief of the United States Forest Service; Regional
Forester of the Inter-Mountain Region of the U.S. Forest
Service; Forest Supervisor for the Humboldt National Forest
of the U.S. Forest Service; District Ranger for the
Mountain City Ranger District of U.S. Forest Service;
District Ranger for the Santa Rosa Ranger District of the
U.S. Forest Service; District Ranger for the Jarbidge
Ranger District of the U.S. Forest Service; District Ranger
for the Ruby Mountain Ranger District of the U.S. Forest
Service; Defendants-Appellees.
 No. 95-16871.
 United States Court of Appeals, Ninth Circuit.
 Submitted Nov. 4, 1996.*
Decided Nov. 07, 1996.
 
 1
 Before: NORRIS, KOZINSKI, and TASHIMA, Circuit Judges
 
 
 2
 ORDER**
 
 
 3
 We AFFIRM for the reasons set forth in the magistrate judge's Report and Recommendation, as adopted by the district court. See Order Adopting Magistrate Judge's Report and Recommendation, filed March 24, 1995.
 
 
 4
 AFFIRMED.
 
 
 
 *
 The panel unanimously finds this case suitable for decision without oral argument. Fed.R.App.P. 34(a) and Ninth Circuit Rule 34-4
 
 
 **
 This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3